THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANTON MOLESE, Appellant.

Submitted May 15, 1950; decided May 18, 1950.

*Miles F. McDonald, District Attorney (David Diamond* of counsel), for motion.

*Anton Molese,* in person, opposed.

Motion granted and appeal dismissed on the ground that no appeal lies to this court from the order of the Appellate Division.